IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:     *     CASE NO. 14-02663-BKT

R.M. CASH & CARRY, INC.     *     CHAPTER 11

    Debtor-In-Possession.     *

-------------------------------

**REPLY TO DEBTOR'S MOTION IN RELATION TO
APPLICATION FOR COMPENSATION**

TO THE HONORABLE COURT:

    NOW COMES the undersigned and respectfully states as follows:

    1. As of March 13, 2013 Debtor-In-Possession's president, Ruben Mendez Lopez, had paid the undersigned USD$3,281.00 to file his individual Chapter 13 bankruptcy case of <u>In Re: Ruben Mendez Lopez</u>, Case Number 13-01904-BKT13 of which USD$281.00 were used to pay the filing fees.

    2. As of November 1, 2013 Debtor-In-Possession's president, Ruben Mendez Lopez, had paid the undersigned USD$3,000.00 to convert his Chapter 13 case to Chapter 11 in his individual bankruptcy case of <u>In Re: Ruben Mendez Lopez</u>, Case Number 13-01904-BKT11 of which USD$932.00 were used to pay the conversion filing fees.

    3. As of April 1, 2014 Debtor-In-Possession through its president, Ruben Mendez Lopez, had paid the undersigned

Page 2 of 3

USD$3,000.00 to file the above captioned case of which USD$1,213.00 were used to pay the filing fees.

4. Following is a summary:

| Case Number | Monies Paid | Filing Fees |
|---|---|---|
| a. 13-01904-BKT13 | USD$ 3,281.00 | USD$ 281.00 |
| b. 13-01904-BKT11 | USD$ 3,000.00 | USD$ 932.00 |
| c. 14-02663-BKT11 | USD$ 3,000.00 | USD$ 1,213.00 |
| d. Totals | USD$ 9,281.00 | USD$ 2,426.00 |

5. No other bankruptcy related monies have been received from or through Ruben Mendez Lopez by the undersigned asides from those herein itemized and disclosed in each of the mentioned cases.

Signed under penalty of perjury in Isabela, Puerto Rico, on August 26, 2014.

_____
Frederic Chardon Dubos

WHEREFORE, the undersigned respectfully requests that for the above stated reasons this Honorable Court note what is above stated.

Respectfully submitted, in Isabela, Puerto Rico this 26th day of August, 2014.

**CERTIFICATE OF SERVICE, LOCAL RULE 1009-1(b), P.R. LBR**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court uploading the same using the

CM/ECF System which will send notification of such filing to the following CM/ECF participants: Monsita Lecaroz Arribas, Esq., U.S. Trustee; Maria S. Jimenez Melendez, Esq.; Alberto O. Lozada Colon, Esq.

> s/Frederic Chardon Dubos
> **Frederic Chardon Dubos**
> USDC-PR 201601
> Hill Plaza
> 2847 Avenida Militar
> Isabla, Puerto Rico, 00662-4099
> Tel./FAX (787) 872-0700
> email chdpsc@gmail.com